# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 20. Notice of Intent to Unseal

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form20instructions.pdf

**9th Cir. Case Number(s)**

**Case Name** | MAXIMILIAN KLEIN, et al., v. META PLATFORMS, INC.

Pursuant to Circuit Rule 27-13(f), I intend to file the following document or set of documents publicly although the document or set of documents were filed under seal in the district court or agency. The document or set of documents filed herewith provisionally under seal are:

1. Plaintiffs-Petitioners' Unredacted Petition for Permission to Appeal Order Denying Class Certification.
2. Excerpts of Record Volume 2, as noted below.

Plaintiffs-Petitioners submit a petition for permission to appeal the district court's order denying class certification, along with three volumes of Excerpts of Record. Vol. 1 and Vol. 3 contain only public information; Vol. 2 contains expert reports that reference materials Defendant and non-parties designated as confidential and were filed under seal in the district court below. The petition cites Vol. 2. Plaintiffs-Petitioners thus seek to provisionally seal the petition and Vol. 2 to give Defendant and/or any of the affected non-parties time to file motions to seal.

☒ I understand that unless any other party files a motion to maintain the seal **within 21 days**, these documents will be unsealed without further notice.

Position of the other party or parties, if known:

**Signature** | s/ Sanford I. Weisburst    **Date** | Feb. 14, 2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 20                                                                                         Rev. 07/01/2019

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)**

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

See attached Service List Attachment, which contains the names and email addresses for counsel for Defendant Meta Platforms, Inc. and for the potentially affected non-parties whose claimed confidential information may be implicated.

**Description of Document(s)** *(required for all documents)*:

(1) Form 20; (2) Plaintiffs-Petitioners' Petition for Permission to Appeal Order Denying Class Certification [public]; (3) Plaintiffs-Petitioners' Petition for Permission to Appeal Order Denying Class Certification [sealed]; (4) Excerpts of Record Volume 1 [public]; (5) Excerpts of Record Volume 2 [sealed]; (6) Excerpts of Record Volume 3 [public].

**Signature** s/ Sanford I. Weisburst **Date** Feb. 14, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 15 Rev. 12/01/2018

**SERVICE LIST FOR PLAINTIFFS' 23(f) PETITION AND MATERIALS**

| Party/Non-Party | Counsel Name | Counsel Email Address |
|---|---|---|
| Meta Platforms, Inc. (Defendant) | Sonal Mehta | sonal.mehta@wilmerhale.com |
| Amazon.com, Inc. | Alexis Gilman | agilman@crowell.com |
| Apple Inc. | Karen Lent | karen.lent@skadden.com |
| Embee Mobile, Inc. | Brett Feldman | brett.feldman@us.dlapiper.com |
| Google LLC | Amit Gressel | agressel@wsgr.com |
| LinkedIn Corporation | Ryan Watts | ryan.watts@arnoldporter.com |
| Luth Research, LLC | Stuart Pardau | stuart@pardaulaw.com |
| Sgrouples Inc. (MeWe) | Gordon Lang | glang@nixonpeabody.com |
| Microsoft Corporation | Amy Ray | amyray@orrick.com |
| Viant Technology (Myspace) | Jason Murray | jmurray@crowell.com |
| Pinterest, Inc. | Peter Mucchetti | peter.mucchetti@cliffordchance.com |
| Reddit, Inc. | Leah Martin | lmartin@debevoise.com |
| Snap Inc. | Rachel Gray | rgray@wsgr.com |
| TikTok Inc. | Craig Reiser | creiser@axinn.com |
| X. Corp. (Twitter) | Peter Mucchetti | peter.mucchetti@cliffordchance.com |